nando County, Appellant, vs. The State of Florida *ex rel.* Amanda Ottolenqui, Appellee.

Appeal from Circuit Court, Hernando county; William A. Hocker, Judge.

W. S. Jennings, for Appellant.

No appearance for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals.

Appeal dismissed on praecipe of counsel for appellant.

------

Emory F. Skinner and Eben H. Skinner, Appellants, vs. John McDavid, executor of the estate of Georgianna E. McDavid, deceased, Appellee. Accounting.

Appeal from Circuit Court, Escambia county; Evelyn C. Maxwell, Judge.

Liddon & Eagan, for Appellants.

No appearance for Appellee.

The bill in this cause was filed by the appellee against

the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on motion of counsel for appelants.

---

Emory F. Skinner and Eben H. Skinner, Appellants, vs. John McDavid, Executor of the estate of Georgianna E. McDavid, deceased, Appellee. Accounting.

Appeal from Circuit Court, Escambia county; Evelyn C. Maxwell, Judge.

Liddon & Eagan, for Appellants.

No appearance for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appelants.

---

Emory F. Skinner and Eben H. Skinner, Appellants, vs. John McDavid, Executor of the estate of Georgi-